**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Atanas Marinov,<br><br>            Plaintiff,<br><br>v.<br><br>Federal National Mortgage Association; MetLife Home Loans; Fannie Mae; John Doe,<br><br>           Defendants. | No. CV11-2115-PHX-DGC<br><br>**ORDER** |

On January 18, 2012 the Court entered an order granting Defendants' motion to dismiss for failure to state a claim. Doc. 8. In its order, the Court warned Plaintiff that if Plaintiff "fails to prosecute this action or comply with the rules or any Court order, the Court may dismiss the action with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Ferdik v.* Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992)." *Id.* at 5. The Court further ordered that Plaintiff may file an amended complaint on or before February 12, 2012. Plaintiff failed to file an amended complaint in the time set by the Court's order and the time for doing so has now long passed.

**IT IS ORDERED** that this matter is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is directed to terminate this matter.

Dated this 12th day of April, 2012.

_____
David G. Campbell
United States District Judge